## HOMEOWNERS ASSOC. v. SELLERS and HOMEOWNERS ASSOC. v. SIMPSON

No. 439P83.

Case below: 62 N.C. App. 205.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 27 September 1983.

## HORNBY v. PENN NAT'L MUT. CASUALTY INS. CO.

No. 357P83.

Case below: 62 N.C. App. 419.

Petitions by defendant and plaintiffs for discretionary review under G.S. 7A-31 denied 27 September 1983.

## IN RE BOYTE

No. 372P83.

Case below: 62 N.C. App. 682.

Petition by Dicksons for discretionary review under G.S. 7A-31 denied 27 September 1983. Notice of appeal dismissed 27 September 1983.

## JENNEWEIN v. CITY COUNCIL OF WILMINGTON

No. 293P83.

Case below: 62 N.C. App. 89.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 27 September 1983.

## MEDFORD v. DAVIS

No. 315P83.

Case below: 62 N.C. App. 308.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 September 1983.